**Order entered August 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00199-CR

### NICKY EUGENE NICKENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-00006-M

## ORDER

The reporter's record was due March 31, 2019. By letter dated May 29, 2019, we notified court reporter Belinda Baraka that it was overdue and directed her to file it by June 28, 2019. We then granted her request for extension of time, making the record due July 29, 2019. In that order, we specifically cautioned Ms. Baraka that the failure to file the reporter's record by July 29 might result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed. To date, the reporter's record has not been filed, and we have had no communication from Ms. Baraka.

We **ORDER** that court reporter Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/  CORY L. CARLYLE
    JUSTICE